[None]

UNITED STATES

v.

ANIMENSOIS, AN OTTAWA INDIAN

1811

Journal Entries

1. Indictment delivered . . . . . . . . *Journal, infra,* *p. 346
2. Nolle prosequi (robbery); plea; judgment . . . . . " 346

Papers in File

[None]